UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES GUY ARNOLD,

    Plaintiff,

versus                                 Case No. 07-0087 uNA

UNITED STATES SECRET SERVICE,

    Defendant.

## PLAINTIFF'S RESPONSE TO COURT'S ORDER FILED JANUARY 12, 2007:

NOW COMES PLAINTIFF, JAMES GUY ARNOLD, in proper person, to attempt to comply with this Court's ORDER dated December 15, 2006 and FILED January 12, 2007.

Plaintiff attaches to this document a true copy of what the institution provided as to trust account history. This history dates from November 27, 2006 through January 9, 2007. The document is dated January 19, 2007.

The Court will note payroll entries amounting to $19.80 in November and $18.90 for December. Plaintiff receives .90 per day. Please be advised that the $50.00 "RESERVE" amount is an amount that will only be available when Plaintiff is released from custody. Accordingly, Plaintiff will request that this Honorable Court fashion an ORDER which will GRANT Plaintiff leave to proceed informa pauperis, pay an initial partial filing fee of $5.00, and to further pay an additional $5.00 per month for each month thereafter, unless the 20% threshold would be higher, and in that event, direct payment of the higher amount. Plaintiff is financially unable to pay the full $350.00 at this time.

Plaintiff appreciates this Court's time in this matter.

Respectfully submitted this 22d day of January, 2007.

*James G. Arnold*

JAMES GUY ARNOLD
# 306-410
18800 ROXBURY ROAD

HAGERSTOWN, MD 21746

```
·P/N .    B32023           INMATE BANKING SYST             DATE:  01/19/07
 PAGE     1                   INMATE INQUIRY                TIME:  08:04
 DOC#:   306410    NAME:  ARNOLD #         JAMES      G SSNO:  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
 NOTE:  FREEZE ACCOUNT FOR POSSIBLE FRAUD PER CAPT. CRILLY
    DATE    CODEID     OP ID    REFERENCE
         CRTCOSTS        HOLD    CONTRBND      TRANS     RESERVE     ACTIVE      BALANCE
 01/09/07 60120009   C51729    HU3
             0.00        0.00        0.00      75.00-      50.00      52.75      102.75
 01/02/07 21120001   C51729    PAYROLL DEC
             0.00        0.00        0.00      18.90-      50.00     127.75      177.75
 12/28/06 20120001   C51729    12 15503
             0.00        0.00        0.00     102.55       48.10     110.75      158.85
 12/18/06 60120038   C51729    HU3
             0.00        0.00        0.00      80.00-      48.10       8.20       56.30
 12/11/06 60120101   E50572    HU 3
             0.00        0.00        0.00     100.00-      48.10      88.20      136.30
 12/04/06 21120001   C51729    PAYROLL NOV
             0.00        0.00        0.00      19.80-      48.10     188.20      236.30
 12/01/06 20120002   E50572    12*12676
             0.00        0.00        0.00     175.00-      41.50     175.00      216.50
 11/27/06 60120001   C51729    HU3
             0.00        0.00        0.00       7.77-      41.50       0.00       41.50
 MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF
```

We can not put money into your account until we get paperwork from investigations or Capt. Crilly.

For Filing in Case 07-0087, Arnold v Secret Service