JAMES G. ARNOLD
#306 - 410
18800 ROXBURY ROAD
HAGERSTOWN, MARYLAND 21746 - 1001

Office of the Clerk
U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

March 2, 2007

**RECEIVED**

Re: Arnold v. U.S. Secret Service,
    Civil Action No. 07-0087 (PLF)

MAR 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk:

This letter is submitted to your office concerning the payment of the filing fee in the above referenced case.

Please be advised that my family has established on my behalf a savings account, and will have deposited sufficient funds to pay the filing fee in this action.

My point in writing this letter is to determine if your office has the ability to conduct an electronic debit from the account. If so, please forward to me the proper forms so that I may take the appropriate steps to comply with the Court's ORDER as to the filing fee.

Also, if the Court can conduct an electronic debit, please immediately notify the institution to cease collection under PLRA, as directed by the Court. (ORD of Judge Urbina). # Once the Electronic payment is Received.

Thank you for your time and assistance in this matter.

James G. Arnold
Plaintiff, pro se

Thank you.