UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES GUY ARNOLD )<br># 306-410 )<br>18880 Roxbury Road )<br>Hagerstown, MD 21746 )<br>)<br>　　　　　Plaintiff, )<br>)<br>　　　v. )<br>)<br>UNITED STATES SECRET SERVICE )<br>950 H Street, N.W., Suite 8300 )<br>Washington, D.C. 20223 )<br>)<br>　　　　　Defendant. )<br>_____) | Electronic Case Filing<br>Civil Action No. 07-0087 (PLF) |

NOTICE OF ENTRY APPEARANCE

　　THE CLERK OF THE COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the United States Secret Service, Defendant in the above-captioned civil action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　QUAN K. LUONG
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W. - Room E4417
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 514-9150
　　　　　　　　　　　　　　　　　　　　quan.luong@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2007, a true and correct copy of the foregoing Notice of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

**JAMES GUY ARNOLD**
No. 306-410
18800 Roxburg Road
Hagerstown, MD 21746

/s/

QUAN K. LUONG

Special Assistant United States Attorney

United States Attorney's Office

Judiciary Center Building

555 4th Street, N.W. - Room E4417

Washington, D.C. 20530