UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES GUY ARNOLD, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-0087 (PLF)
)
UNITED STATES SECRET SERVICE, )
)
Defendant. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion to dismiss [Dkt. No. 11] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order. See Rule 4(a), Fed. R. App. P.

SO ORDERED.

DATE: 12/21/07

PAUL L. FRIEDMAN
United States District Judge